```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MALCON NAVIGATION CO LTD.,          :   09 Civ. 2274 (LAP)
                                    :
                Plaintiff,          :
                                    :   ORDER
        -against-                   :
                                    :
BRAVE BULK TRANSPORT LTD., et al.,  :
                                    :
                Defendants.         :
------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/26/09

LORETTA A. PRESKA, United States District Judge:

Plaintiff's request for an amended attachment is denied due to the dearth of factual allegations supporting its alter ego/agency/joint venture claims with respect to Brave Bulk Transport Ltd., Liberia, Brave Bulk Transport Ltd., Monrovia, and Brave Bulk Transport Ltd., Malta. See Brave Bulk Transport Ltd. v. Spot On Shipping Ltd., No. 07 Civ. 4546(CM), 2007 WL 3255823, at *6 (S.D.N.Y. Oct. 30, 2007) (conclusory alter ego allegations are "simply insufficient" to obtain maritime attachment). The denial is without prejudice to Plaintiff's repleading with the specificity required by Rule E(2)(a). I note however that, absent such an amended pleading, this action will be dismissed on June 30 per my April 30, 2009 Order should

Plaintiff fail to attach any funds under the current attachment by June 30.

SO ORDERED:

Dated: New York, New York
June 26, 2009

_____
LORETTA A. PRESKA, U.S.D.J.