222-09/MEU/EJM
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
MALCON NAVIGATION CO LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/09
```

09 CV 2274 (LAP)

**ORDER**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MALCON NAVIGATION CO LTD.,

                Plaintiff,

      -against-

BRAVE BULK TRANSPORT LTD.,
                Defendant.
-------------------------------------------------------------x

Further to a conference held before the Court on June 30, 2009;

      **IT IS HEREBY ORDERED AND DIRECTED** that this Court's Order of March 12, 2009 is extended an additional 30 days from the date of this Order.

Dated: New York, New York
       *June 30*, 2009

                                          SO ORDERED

                                          _____
                                          **Honorable Loretta A. Preska, U.S.D.J.**

NYDOCS1/332982.1